IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-835-RJC-DCK

| ARCANGELA MAZZARIELLO, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ATLANTIC COAST WATERPROOFING, INC., and FREDERICO JARAMILLO, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Federico Jaramillo's Consent Motion To Stay Initial Attorney's Conference" (Document No. 8) filed December 20, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Federico Jaramillo's Consent Motion To Stay Initial Attorney's Conference" (Document No. 8) is **GRANTED**. The Initial Attorney's Conference must occur on or before **January 27, 2017**.

**SO ORDERED**.

Signed: December 20, 2016

David C. Keesler
United States Magistrate Judge