IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-835-RJC-DCK

| ARCANGELA MAZZARIELLO, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ATLANTIC COAST WATERPROOFING, INC., and FREDERICO JARAMILLO, | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Federico Jaramillo's Second Consent Motion To Stay Initial Attorney's Conference" (Document No. 17) filed January 25, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Federico Jaramillo's Second Consent Motion To Stay Initial Attorney's Conference" (Document No. 17) is **GRANTED**. An Initial Attorney's Conference, if necessary, shall be held within fourteen (14) days of the Court's final ruling on "Defendant Federico Jaramillo's Renewed Motion To Dismiss" (Document No. 15).

**SO ORDERED**.

Signed: January 25, 2017

David C. Keesler
United States Magistrate Judge