# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-835-RJC-DCK

| | |
|---|---|
| ARCANGELA MAZZARIELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ATLANTIC COAST ) | |
| WATERPROOFING, INC, and ) | |
| FEDERICO JARAMILLO, Individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 40) notifying the Court that the parties reached a settlement on February 22, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 22, 2018**.

**SO ORDERED**.

Signed: February 28, 2018

David C. Keesler
United States Magistrate Judge